# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

ALBERT E. TAYLOR, on his own behalf
and on behalf of those similarly situated,

        Plaintiff,

v.                                   Case No. 3:10-cv-875-J-34JRK

TRIAGE MANAGEMENT SERVICES INC.,

        Defendant.

_____

# **O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge James R. Klindt's Report and Recommendation (Dkt. No. 48; Report), entered on January 10, 2012, recommending that the Joint Motion for Approval of Settlement Agreement and Incorporated Memorandum of Law (Dkt. No. 43; Motion) be granted, that the Court approve the parties' settlement, and that this case be dismissed with prejudice. See Report at 4. On January 13, 2012, the parties filed a notice advising the Court that they are waiving any and all objections to the Report and Recommendation. See Joint Motion Waiving Objections to United States Magistrate Judge's Report and Recommendation (Dkt. No. 49).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see

also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a de novo review of the legal conclusions.  Plaintiff filed suit against Defendant pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (FLSA), seeking recovery of unpaid overtime.  See Complaint (Dkt. No. 1).  Thereafter, the parties engaged in settlement negotiations, which resulted in a resolution of the issues and claims raised in this case.  See Motion (Dkt. No. 43).  Upon review of the record, including the Report, Motion, and Settlement Agreement, the undersigned concludes that the settlement represents a "reasonable and fair" resolution of Plaintiffs' FLSA claims.  Accordingly, the Court will accept and adopt Judge Klindt's Report.

In light of the foregoing, it is hereby **ORDERED:**

1.      Magistrate Judge James R. Klindt's Report and Recommendation (Dkt. No. 48) is **ADOPTED** as the opinion of the Court.

2.      The Joint Motion for Approval of Settlement Agreement and Incorporated Memorandum of Law (Dkt. No. 43) is **GRANTED**.

3.      For purposes of satisfying the FLSA, the Settlement Agreement is **APPROVED**.

4.      This case is **DISMISSED WITH PREJUDICE**.

5.     The Clerk of the Court is directed to terminate any pending motions or deadlines as moot and close this file.

**DONE AND ORDERED** in Jacksonville, Florida, this 13th day of January, 2012.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record